# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| PLAYSTUDIOS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> CENTERBOARD ADVISORS, INC., et al., <br><br> Defendant(s). | Case No. 2:18-cv-01423-JCM-NJK <br><br> ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant Centerboard Advisors, Inc. failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than August 14, 2018.

IT IS SO ORDERED.

Dated: August 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge