Joseph R. Ganley (5643)
Sandra S. Robertson (5504)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
srobertson@hutchlegal.com

*Attorneys for Plaintiff Playstudios, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYSTUDIOS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTERBOARD ADVISORS, INC., a California Corporation; JOSH GRANT, an individual; and DOES I through X, inclusive,<br><br>        Defendants. | CASE NO.:   2:18-cv-01423-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE MOTION TO DISMISS OR TO FILE AMENDED COMPLAINT** |

***IT IS HEREBY STIPULATED*** between plaintiff, PLAYSTUDIOS, INC., ("PLAYSTUDIOS") by and through its counsel, Hutchison & Steffen, PLLC, and defendants, CENTERBOARD ADVISORS, INC. and JOSH GRANT, (collectively, "DEFENDANTS"), by and through their counsel Brown Brown & Premsrirut, to extend the current deadlines as follows for plaintiff to oppose defendants' motion to dismiss or to file an amended complaint.

Defendants filed a motion to dismiss plaintiff's second, third, and fourth causes of action on August 6, 2018, and served it on plaintiff's counsel the same day. The parties acknowledge that plaintiff may either oppose that motion or file an amended complaint pursuant to FRCP 15(a)(1)(B). An

opposition to that motion is due to be filed on August 20, 2018. Alternatively, an amended complaint is due to be filed on August 27, 2018.

The parties stipulate and agree to an extension of the current deadlines as follows:

If PLAYSTUDIOS chooses to file an amended complaint, then the deadline for filing shall be extended to September 4, 2018; DEFENDANTS' responsive pleading shall be due October 4, 2018.

If PLAYSTUDIOS chooses to oppose the motion to dismiss, then the deadline for filing shall be extended to September 4, 2018; DEFENDANTS' Reply shall be due September 25, 2018. Good cause exists for the extension. This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 17TH day of August, 2018

HUTCHISON & STEFFEN, PLLC

/s/ Sandra S. Robertson

_____

Joseph R. Ganley (5643)
Sandra S. Robertson (5504)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
srobertson@hutchlegal.com

*Attorneys for Plaintiff Playstudios, Inc.*

DATED this 17TH day of August, 2018

BROWN BROWN & PREMSRIRUT

/s/ Puoy K. Premsrirut

_____

Puoy K. Premsrirut (7141)
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
Tel: (702) 384-5563
Fax: (702) 385-6965
puoy@brownlawlv.com

*Attorneys for Defendants Josh Grant and*
*Centerboard Advisors, Inc.*

## ORDER

*IT IS SO ORDERED.*

DATED August 21, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE