SINGER / BEA LLP
Adam Cashman (admitted pro hac vice)
acashman@singerbea.com
Doug Tilley (admitted pro hac vice)
dtilley@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

BROWN BROWN & PREMSRIRUT
Puoy K. Premsrirut (State Bar No. 7141)
puoy@brownlawlv.com
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Facsimile: (702) 385-1752
*Attorneys for Defendants Centerboard Advisors, Inc. and Josh Grant*

HUTCHISON & STEFFEN, PLLC
Joseph R. Ganley (5643)
Sandra S. Robertson (5504)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
srobertson@hutchlegal.com
*Attorneys for Plaintiff Playstudios, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYSTUDIOS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CENTERBOARD ADVISORS, INC., a California Corporation; JOSH GRANT, an individual; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01423-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

***IT IS HEREBY STIPULATED*** between Plaintiff Playstudios, Inc. ("Playstudios") and Defendants Centerboard Advisors, Inc. and Josh Grant (collectively, "Defendants"), by and through their undersigned counsels of record, to extend by one week Defendants' deadline to respond to Playstudios' amended complaint.

Pursuant to a prior stipulation of the parties, Playstudios filed its amended complaint on September 4, 2018, and Defendants are presently scheduled to respond to that amended pleading on October 4, 2018. In light of emergent and unforeseen circumstances unrelated to this matter, counsel for Defendants has requested and, as a professional courtesy, counsel for Playstudios has agreed to, a short extension for Defendants to respond to the amended complaint.

The parties hereby stipulate and agree that Defendants' response to the amended complaint be filed on or before October 11, 2018.

Good cause exists for the extension. This is the first request for an extension of time by Defendants, and the second sought collectively by the parties in this case. This extension is not intended to cause delay or prejudice to any party, and is not anticipated to result in any modification to the other deadlines set by the Court in its Scheduling Order. *See* Dkt. No. 27.

| | |
|---|---|
| DATED this 3rd day of October, 2018 | DATED this 3rd day of October, 2018 |
| HUTCHISON & STEFFEN, PLLC | SINGER BEA LLP |
| __/s/ Sandra S. Robertson_____ | ___/s/ Doug Tilley_____ |
| Joseph R. Ganley (5643) | Adam S. Cashman (admitted *pro hac vice*) |
| Sandra S. Robertson (5504) | Doug Tilley (admitted *pro hac vice*) |
| 10080 West Alta Drive, Suite 200 | San Francisco, California 94111 |
| Las Vegas, NV 89145 | Tel: (415) 500-6080 |
| Tel: (702) 385-2500 | Fax: (415) 500-6080 |
| Fax: (702) 385-2086 | acashman@singerbea.com |
| jganley@hutchlegal.com | dtilley@singerbea.com |
| srobertson@hutchlegal.com | *Attorneys for Defendants Josh Grant and* |
| *Attorneys for Plaintiff Playstudios, Inc.* | *Centerboard Advisors, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

DATED this __3___ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE