**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYSTUDIOS, INC., | Case No.: 2:18-cv-01423-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| CENTERBOARD ADVISORS, INC., et al., | |
| Defendant(s). | |

   Pending before the Court is Plaintiff's motion to extend discovery to conduct certain depositions. Docket No. 61. Any response shall be filed by noon on April 9, 2019, and any reply shall be filed by the end of the day on April 9, 2019.

   IT IS SO ORDERED.

   Dated: April 8, 2019

                        _____

                        Nancy J. Koppe
                        United States Magistrate Judge