Joseph R. Ganley (5643)
Sandra S. Robertson (5504)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
srobertson@hutchlegal.com
*Attorneys for Plaintiff/Counter-defendant Playstudios, Inc.*

SINGER CASHMAN LLP
Adam Cashman (admitted *pro hac vice*)
Doug Tilley (admitted *pro hac vice*)
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Tel: (415) 500-6080
Fax: (415) 500-6080
acashman@singercashman.com
dtilley@singercashman.com

BROWN BROWN & PREMSRIRUT
Puoy K. Premsrirut (7141)
520 South Fourth Street, Second Floor
Las Vegas, NV 89101
Tel: (702)384-5563
Fax: (702) 385-1752
puoy@brownlawlv.com
*Attorneys for Defendants/Counterclaimants Centerboard Advisors, Inc. and Josh Grant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYSTUDIOS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>CENTERBOARD ADVISORS, INC., a California corporation; JOSH GRANT, an individual; and DOES I through X, inclusive,<br><br>Defendants.<br><br>CENTERBOARD ADVISORS, INC., a California corporation, and JOSH GRANT, an Individual,<br><br>Counterclaimants,<br>v.<br><br>PLAYSTUDIOS, INC., a Delaware Corporation, and ROES I through X, inclusive,<br><br>Counter-Defendants. | Case No.: 2:18-cv-01423-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS** |

Plaintiff/counter-defendant Playstudios, Inc. ("Playstudios" or "plaintiff") and defendants/counterclaimants Centerboard Advisors, Inc. ("Centerboard") and Josh Grant ("Mr. Grant" and, together with Centerboard, "defendants"), by and through their respective undersigned counsel, in compliance with Fed. R. Civ. P. 41, LR IA 6-2, LR II 7-1, and LCR 45-1, hereby stipulate that plaintiff's complaint and all amendments thereto, and defendants' counterclaims in the above-captioned matter, be dismissed in their entirety with prejudice.

It is further agreed by and between the parties herein that each party shall bear its/his own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: February 19, 2020

*/s/ Sandra S. Robertson*
By:_____
Joseph R. Ganley (5643)
Sandra S. Robertson (5504)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
srobertson@hutchlegal.com

*Attorneys for Plaintiff/Counter-defendant Playstudios, Inc.*

DATED: February 19, 2020

*/s/ Adam Cashman*
By:_____
SINGER CASHMAN LLP
Adam Cashman (admitted *pro hac vice*)
Doug Tilley (admitted *pro hac vice*)
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Tel: (415) 500-6080
Fax: (415) 500-6080
acashman@singercashman.com
dtilley@singercashman.com

*Attorneys for Defendants/Counterclaimants Centerboard Advisors, Inc. and Josh Grant*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and all amendments thereto, and defendants' counterclaims in the above-captioned matter, be dismissed in their entirety with prejudice, and each party shall bear its/his own attorneys' fees and costs.

DATED February 19, 2020.    _____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE